HOMECOMINGS FINANCIAL NETWORK, INC., Respondent,

v.

Tiffany BROWN and James McCray, Appellants.

No. WD 75468.

Missouri Court of Appeals, Western District.

Sept. 17, 2013.

James Ewan and Eric Roby, Independence, MO, for Respondent.

Jeremiah Kidwell and Jason Conkright, Kansas City, MO, for Appellants.

Before Division III: LISA WHITE HARDWICK, Presiding Judge, and MARK D. PFEIFFER and CYNTHIA L. MARTIN, Judges.

### Order

PER CURIAM:

Tiffany Brown and James McCray appeal from the judgment for damages entered after trial on remand by the Circuit Court of Jackson County, Missouri, in favor of Homecomings Financial Network, Inc., on its unjust enrichment claim, arising from Brown and McCray's refinancing of their home loan. Finding no error, we affirm the circuit court's judgment and have provided the parties with a memorandum explaining our ruling. Rule 84.16(b).